CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
05/23/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Charlottesville Division

| | |
|---|---|
| **CHRISTOPHER MORGAN, individually and on behalf of a class of persons and entities similarly situated,** | )<br>)<br>) |
| **Plaintiff,** | ) |
| v. | )    **Civil Action No. 3:17-cv-00085-NKM** |
| **U.S. XPRESS, INC.** | ) |
| **Defendant.** | ) |

## ORDER

    This matter came before the Court on Plaintiff Christopher Morgan's Consent Motion to Stay the Matter. Upon consideration of the request, and for good cause shown, it is hereby **ORDERED** that the Consent Motion to Stay the Matter is **GRANTED**. The Court stays this matter for a two week period. If the Parties are unable to resolve the matter during the stay, Plaintiff's motion for class certification will be due upon the expiration of the stay, on June 5, 2019. Thereafter, U.S. Xpress' opposition to class certification will be due on July 5, 2019 and Plaintiff's reply brief will be due on July 19, 2019.

    **IT IS SO ORDERED.**

    ENTERED this 23rd day of May, 2019.

                                                  United States District Judge / Magistrate Judge