### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| **CHRISTOPHER MORGAN, individually and on behalf of a class of persons and entities similarly situated,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Civil Action No. 3:17-cv-00085-NKM |
| **U.S. XPRESS, INC.** ) ) ) | |
| **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Christopher Morgan and Defendant U.S. Xpress, Inc., (collectively, the "Parties") by counsel, jointly file this stipulation of dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The Parties have reached an agreement of settlement with respect to all claims asserted in the Complaint. Accordingly, pursuant to that agreement, the Parties jointly stipulate that this action is hereby **DISMISSED WITH PREJUDICE** in its entirety and stricken from the Court's docket. The Parties agree that Court retains jurisdiction to enforce the terms of the settlement.

Respectfully submitted this 23rd day of July, 2019.

**SO STIPULATED.**

**WE ASK FOR THIS:**

| | |
|---|---|
| /s/ *David M. Getting* | /s/ *Ryan M. Donovan* |
| John C. Lynch (VSB No. 39267) | Michael B. Hissam, Esq. |
| David M. Gettings (VSB No. 80394) | Ryan M. Donovan, Esq. |
| TROUTMAN SANDERS LLP | Hissam Forman Donovan Ritchie, PLLC |
| 222 Central Park Ave., Suite 2000 | 707 Virginia Street East, Suite 260 |
| Virginia Beach, Virginia 23462 | Charleston, WV 25301 |
| Telephone No. (757) 687-7747 | Telephone: (681) 265-3802 |
| Facsimile No. (757) 687-1545 | Email:  mhissam@hfdrlaw.com |
| Email: john.lynch@troutman.com | Email:  rdonovan@hfdrlaw.com |
| Email:david.gettings@troutman.com | |
| | |
| ***Counsel for Defendant U.S. Xpress, Inc.*** | ***Counsel for Plaintiff Christopher Morgan*** |

39121158